# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| JAMES RAYMOND WALKER, JR.,   ) | |
| ) | |
| PETITIONER   ) | |
| ) | |
| v.   ) | CRIMINAL NO. 1:99-CR-48-DBH-03 |
| ) | |
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| RESPONDENT   ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On November 13, 2015, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Motion for Release.  The time within which to file objections expired on December 21, 2015, and no objection has been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The petitioner's motion for release is **DENIED WITHOUT PREJUDICE** to petitioner's ability to reassert his request for release should petitioner conclude that he can establish a high probability of success on his claim or other facts that would constitute exceptional circumstances.

SO ORDERED.

DATED THIS 5TH DAY OF JANUARY, 2016

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE